FILED

JUL 1 3 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. |
| | * | |
| Plaintiff, | * | INDICTMENT **W10CR162** |
| | * | |
| V. | * | |
| | * | [Vio: COUNT ONE: 18 U.S.C. 1201(a)(1) and |
| | * | (g) - Kidnapping] |
| | * | |
| COURTNEY ELIZABETH HERNANDEZ, | * | |
| aka Courtney Elizabeth Harrington, | * | |
| aka Courtney Elizabeth Smith, | * | |
| | * | |
| Defendant. | * | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. 1201(a)(1) and (g)]

On or about July 5, 2010, in the Western District of Texas, Defendant,

COURTNEY ELIZABETH HERNANDEZ,
aka Courtney Elizabeth Harrington,
aka Courtney Elizabeth Smith,

did unlawfully seize, confine, inveigle, decoy, kidnap, abduct or carry away and hold for ransom or reward or otherwise A. F., a child who had not attained the age of eighteen years, and did willfully transport A. F. in interstate commerce from the State of Texas to the State of Georgia, and the Defendant is at least eighteen years of age and is not a parent, a grandparent, a brother, a sister, an aunt, an uncle, or an individual having legal custody of A. F., in violation of Title 18, United States Code, Section 1201(a)(1) and (g).

A TRUE BILL:

_____
FOREPERSON

**SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

JOHN E. MURPHY
United States Attorney

By: _____
Gregory S. Gloff
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W10CR162**

DATE: 07-13-2010        MAG. CT. # _____        CASE NO. W-10-CR-_____
COUNTY: BELL

JUDGE WALTER SMITH, JR.
ASSISTANT U.S. ATTORNEY _____ Gregory S. Gloff _____

DEFENDANT: COURTNEY ELIZABETH HERNANDEZ, aka Courtney Elizabeth Harrington, aka Courtney Elizabeth Smith        DOB: ████

CITIZENSHIP:        United States ____    Mexican ____    Other _____
INTERPRETER NEEDED: Yes ____    No ____    Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:    In Jail  X     WHERE: Columbia County Sheriff's Dept. Dentention Facility, Augusta, Georgia
                 On Bond ____    Rec.Amt. of Bond _____    Where: ____

PROSECUTION BY:        INFORMATION ____        INDICTMENT  X

OFFENSE: (Code & Description)  COUNT ONE: 18 U.S.C. 1201(a)(1) and (g) – Kidnapping

OFFENSE IS:        FELONY  X        MISDEMEANOR ____

MAXIMUM SENTENCE: COUNT ONE – Not less than 20 years imprisonment up to life imprisonment; $250,000 fine; $100 special assessment; not more than 5 years TSR.

PENALTY IS MANDATORY:    Yes concerning: Special Assessment and TSR        No concerning other

REMARKS: ████